UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION

   *Plaintiff-Appellee,*

 vs.

McGINN, SMITH & CO., INC.,
McGINN, SMITH ADVISORS, LLC,
McGINN, SMITH CAPITAL HOLDINGS CORP.,
FIRST ADVISORY INCOME NOTES, LLC,
FIRST EXCELSIOR INCOME NOTES, LLC
FIRST INDEPENDENT INCOME NOTES, LLC,
THIRD ALBANY INCOME NOTES, LLC,
TIMOTHY M. McGINN, AND
DAVID L. SMITH,

   *Defendants, and*

LYNN A. SMITH,

   *Relief Defendant-Appellant.*

DAVID M. WOJESKI, Trustee of the David L. and
Lynn A. Smith Irrevocable Trust U/A 8/04/04,

   *Intervenor.*

**Case No.: 1:10-CV-457
(GLS/DRH)**

**NOTICE OF APPEAL**

---

  Notice is given that Appellant-Relief Defendant Lynn A. Smith hereby appeals to the United States Court of Appeals for the Second Circuit from each and every part of the Order of the District Court, Northern District of New York (Magistrate Judge Homer, D.) entered in this action on the 7th day of July, 2010, which granted Plaintiff-Appellee's Motion for a Preliminary Injunction Continuing the Asset Freeze as to Relief Defendant

Lynn A. Smith's stock account, Vero Beach home and checking account.

DATED: September 1, 2010

**Featherstonhaugh, Wiley & Clyne, LLP**

By: _____
James D. Featherstonhaugh, Esq.
Bar Roll No. 101616
Attorneys for Relief Defendant,
Lynn A. Smith
99 Pine Street, Suite 207
Albany, NY 12207
Tel: (518) 436-0786
Fax: (518) 427-0452

TO: David Stoelting
Kevin P. McGrath
Attorneys for Plaintiff
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
Tel: (212) 336-0174
Fax: (212) 336-1324

Jill A. Dunn
Attorney for Intervenor
The Dunn Law Firm PLLC
99 Pine Street, Suite 210
Albany, New York 12207-2776
Tel: (518) 694-8380
Fax: (518) 935-9353

Martin P. Russo
Alison B. Cohen
Martin H. Kaplan
Attorneys for Defendant Timothy M. McGinn
and David L. Smith
Gusrae, Kaplan Law Firm
120 Wall Street
New York, New York 10005
Tel: (212) 269-1400
Fax: (212) 809-5449

{WD030433.1} 2