UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ) <br> ) <br> Francisco Silva ) <br> ) <br> ) <br> TO BE ADMITTED TO THE UNITED STATES ) <br> DISTRICT COURT FOR THE NORTHERN ) <br> DISTRICT OF NEW YORK ) | ORDER <br><br> 10 cv 457 |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, _____Francisco Silva_____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of:
1:10-CV00457 GLS-DRH_____.

IT IS SO ORDERED

Dated : ___9/1/10___

_____
☐ U.S. District Judge
☒ U.S. Magistrate Judge