UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |  |
|  | : |  |
| *Plaintiff,* | : |  |
| v. | : | 10 Civ. 457 (GLS) |
|  | : | (DRH) |
|  | : |  |
| McGINN, SMITH & CO., INC., | : |  |
| McGINN, SMITH ADVISORS LLC, | : |  |
| McGINN, SMITH CAPITAL HOLDINGS CORP., | : |  |
| FIRST ADVISORY INCOME NOTES, LLC, | : |  |
| FIRST EXCELSIOR INCOME NOTES, LLC, | : |  |
| FIRST INDEPENDENT INCOME NOTES, LLC, | : |  |
| THIRD ALBANY INCOME NOTES, LLC, | : |  |
| TIMOTHY M. MCGINN, DAVID L. SMITH, | : |  |
| LYNN A. SMITH, DAVID M. WOJESKI, Trustee of | : |  |
| the David L. and Lynn A. Smith Irrevocable | : |  |
| Trust U/A 8/04/04, GEOFFREY R. SMITH, | : |  |
| LAUREN T. SMITH, and NANCY MCGINN, | : |  |
|  | : |  |
| *Defendants, and* | : |  |
| LYNN A. SMITH, and | : |  |
| NANCY MCGINN, | : |  |
|  | : |  |
| *Relief Defendants and*: |  |  |
| DAVID M. WOJESKI, Trustee of the | : |  |
| David L. and Lynn A. Smith Irrevocable | : |  |
| Trust U/A 0/04/04, | : |  |
|  | : |  |
| *Intervenor.* | : |  |

_____

**NOTICE OF HEARING ON FIRST INTERIM
APPLICATION OF PHILLIPS LYTLE LLP AND THE
RECEIVER FOR ALLOWANCE OF COMPENSATION
<u>AND EIMBURSEMENT OF EXPENSES</u>**

PLEASE TAKE NOTICE that upon the First Interim Application of Phillips Lytle

LLP and the Receiver for Allowance of Compensation and Reimbursement of Expenses

("Application"), Phillips Lytle LLP ("Phillips Lytle") will appear (unless otherwise directed by

the Court) before the Hon. David R. Homer, United States Magistrate Judge, United States

District Court for the Northern District of New York, James T. Foley - U.S. Courthouse, 445

Broadway, Albany, New York 12207-2924, on December 28, 2010 at 9:30 a.m. or as soon

thereafter as Phillips Lytle and the Receiver can be heard, seeking an Order to be entered

approving the Application of Phillips Lytle and the Receiver for interim compensation and

reimbursement of expenses in connection with legal services performed for William J. Brown,

Esq., the Receiver for the McGinn Smith Entities[1] and the services of the Receiver.

PLEASE TAKE FURTHER NOTICE that attached is the cover sheet for the

Application, indicating the nature and dates of the services rendered by Phillips Lytle and the

Receiver, as well as the total amount sought by Phillips Lytle and the Receiver for interim

compensation and reimbursement of expenses.  The complete Application of Phillips Lytle is

filed with the United States District Court and will be available for review at the Office of the

Clerk, United States District Court, Northern District of New York, James T. Foley - U.S.

Courthouse, 445 Broadway, Room 509, Albany, New York 12207-2924 or online, at the Court's

website (www.nynd.uscourts.gov), or at the website of the Receiver

(www.mcginnsmithreceiver.com).  Copies can also be obtained upon request from Phillips Lytle.

---

[1] The McGinn Smith Entities are the following: McGinn, Smith & Co., Inc., McGinn, Smith Advisors LLC, McGinn, Smith Capital Holdings Corp., First Advisory Income Notes, LLC, First Excelsior Income Notes, LLC, First Independent Income Notes, LLC, Third Albany Income Notes, LLC, and the other entities listed on Exhibit A to the Preliminary Injunction Order (Docket No. 96) in this action.

- 2 -

- 3 -

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief

requested in the Application must be made in writing in accordance with the Federal Rules of

Civil Procedure and the Local Rules for the United States District Court for the Northern District

of New York.

Dated:  November 24, 2010

PHILLIPS LYTLE  LLP


By____/s/ William J. Brown_____
         William J. Brown (Bar Roll #601330)
         Todd A. Ritschdorff  (Bar Roll #512601)
Counsel for Receiver
Omni Plaza
30 South Pearl Street
Albany, New York 12207
Telephone No. (518) 472-1224

and

3400 HSBC Center
Buffalo, New York 14203
Telephone No.:   (716) 847-8400


Doc # 01-2385537.2

- 3 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| | : |
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| *Plaintiff,* | : |
| v. | :     10 Civ. 457 (GLS) |
| | :     (DRH) |
| | : |
| McGINN, SMITH & CO., INC., | : |
| McGINN, SMITH ADVISORS LLC, | : |
| McGINN, SMITH CAPITAL HOLDINGS CORP., | : |
| FIRST ADVISORY INCOME NOTES, LLC, | : |
| FIRST EXCELSIOR INCOME NOTES, LLC, | : |
| FIRST INDEPENDENT INCOME NOTES, LLC, | : |
| THIRD ALBANY INCOME NOTES, LLC, | : |
| TIMOTHY M. MCGINN, DAVID L. SMITH, | : |
| LYNN A. SMITH, DAVID M. WOJESKI, Trustee of | : |
| the David L. and Lynn A. Smith Irrevocable | : |
| Trust U/A 8/04/04, GEOFFREY R. SMITH, | : |
| LAUREN T. SMITH, and NANCY MCGINN, | : |
| | : |
| *Defendants, and* | : |
| LYNN A. SMITH, and | : |
| NANCY MCGINN, | : |
| | : |
| *Relief Defendants and*: |
| DAVID M. WOJESKI, Trustee of the | : |
| David L. and Lynn A. Smith Irrevocable | : |
| Trust U/A 0/04/04, | : |
| | : |
| *Intervenor.* | : |
| | : |

_____

**FACE SHEET PURSUANT TO LOCAL RULE 2016-1
FOR FIRST INTERM APPLICATION BY COUNSEL
FOR RECEIVER AND THE RECEIVER FOR ALLOWANCE OF
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

APPLICANT'S NAME:                   Phillips Lytle LLP and William J. Brown, as
                                         Receiver

APPLICANT'S ADDRESS:              Omni Plaza
                                         30 South Pearl Street
                                       Albany, New York  12207

DATE APPLICANT APPOINTED:          April 20, 2010

NATURE OF SERVICES RENDERED:       Legal services rendered for William J. Brown, Receiver, with respect to McGinn, Smith & Co., Inc., et al. and for Receiver services and expenses

AMOUNT OF COMPENSATION
SOUGHT FOR FEES FROM APRIL
2010 THROUGH JULY 31, 2010         $174,452.75 (including Phillips Lytle and Receiver's fees at pre-arranged discounted hourly rates)

AMOUNT OF COMPENSATION
SOUGHT FOR EXPENSES FROM
APRIL 2010 THROUGH JULY 31,
2010                               $ 19,644.22

Dated:  November 24, 2010

PHILLIPS LYTLE  LLP


By____/s/ William J. Brown_____
        William J. Brown (Bar Roll #601330)
        Todd A. Ritschdorff  (Bar Roll #512601)
Counsel for Receiver
Omni Plaza
30 South Pearl Street
Albany, New York 12207
Telephone No. (518) 472-1224

and

3400 HSBC Center
Buffalo, New York 14203
Telephone No.:   (716) 847-8400

Doc # 01-2385537.2

- 2 -