UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| *Plaintiff,* | : | |
| v. | : | 10 Civ. 457 (GLS) |
| | : | (DRH) |
| | : | |
| McGINN, SMITH & CO., INC., | : | |
| McGINN, SMITH ADVISORS LLC, | : | |
| McGINN, SMITH CAPITAL HOLDINGS CORP., | : | |
| FIRST ADVISORY INCOME NOTES, LLC, | : | |
| FIRST EXCELSIOR INCOME NOTES, LLC, | : | |
| FIRST INDEPENDENT INCOME NOTES, LLC, | : | |
| THIRD ALBANY INCOME NOTES, LLC, | : | |
| TIMOTHY M. MCGINN, DAVID L. SMITH, | : | |
| LYNN A. SMITH, DAVID M. WOJESKI, Trustee of | : | |
| the David L. and Lynn A. Smith Irrevocable | : | |
| Trust U/A 8/04/04, GEOFFREY R. SMITH, | : | |
| LAUREN T. SMITH, and NANCY MCGINN, | : | |
| | : | |
| *Defendants, and* | : | |
| LYNN A. SMITH, and | : | |
| NANCY MCGINN, | : | |
| | : | |
| *Relief Defendants and*: | | |
| DAVID M. WOJESKI, Trustee of the | : | |
| David L. and Lynn A. Smith Irrevocable | : | |
| Trust U/A 0/04/04, | : | |
| | : | |
| *Intervenor.* | : | |

_____

**ORDER APPROVING FIRST INTERIM APPLICATION OF
PHILLIPS LYTLE LLP AND THE RECEIVER FOR ALLOWANCE OF
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

Upon the First Interim Application of Phillips Lytle LLP ("Phillips Lytle") and

the Receiver ("Receiver") for Allowance of Compensation and Reimbursement of Expenses

dated November 24, 2010 (Docket No. _____) ("Application") for an order approving the

allowance of compensation and reimbursement of expenses; and notice of the Application having

been given to the Securities and Exchange Commission and all parties who have filed a Notice of

- 2 -

Appearance in this action and all creditors of the McGinn Smith Entities and other parties in interest via the Receiver's website, which notice is deemed good and sufficient notice; and the Court having determined that sufficient cause exists; it is therefore

ORDERED, that the Application is approved such that (i) compensation for legal and Receiver services rendered between April 2010 and July 31, 2010 ("First Interim Period") in the amount of  $174,452.75 is allowed as an interim allowance, and (ii) reimbursement of expenses advanced by Phillips Lytle during the First Interim Period in the amount of $19,644.22 is allowed as an interim disbursement payment; and it is further

ORDERED, that the Receiver is authorized and directed to pay the amounts as allowed pursuant to this Order.

Dated:  December \_\_\_, 2010

_____
HON. DAVID R. HOMER

Doc # 01-2386348.1

- 2 -