UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

SECURITIES AND EXCHANGE COMMISSION,

                   *Plaintiff,*

          v.                          10 Civ. 457 (GLS)
                                      (DRH)

McGINN, SMITH & CO., INC.,
McGINN, SMITH ADVISORS LLC,
McGINN, SMITH CAPITAL HOLDINGS CORP.,
FIRST ADVISORY INCOME NOTES, LLC,
FIRST EXCELSIOR INCOME NOTES, LLC,
FIRST INDEPENDENT INCOME NOTES, LLC,
THIRD ALBANY INCOME NOTES, LLC,
TIMOTHY M. MCGINN, DAVID L. SMITH,
LYNN A. SMITH, DAVID M. WOJESKI, Trustee of
the David L. and Lynn A. Smith Irrevocable
Trust U/A 8/04/04, GEOFFREY R. SMITH,
LAUREN T. SMITH, and NANCY MCGINN,

                 *Defendants, and*

LYNN A. SMITH, and
NANCY MCGINN,

            *Relief Defendants and*:

DAVID M. WOJESKI, Trustee of the
David L. and Lynn A. Smith Irrevocable
Trust U/A 0/04/04,

                  *Intervenor.*

_____

**NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF
CHIAMPOU TRAVIS BESAW & KERSHNER LLP
<u>FOR APPROVAL OF FEES AND EXPENSES</u>**

        PLEASE TAKE NOTICE that upon the First Interim Application of Chiampou

Travis Besaw & Kershner LLP ("Chiampou") for Approval of Fees and Expenses

("Application"), Phillips Lytle LLP as counsel to William J. Brown, Receiver, on behalf of the

Application of Chiampou will appear (unless otherwise directed by the Court) before the Hon.

David R. Homer, United States Magistrate Judge, United States District Court for the Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Room 441, Albany, New York 12207, on **May 19, 2011 at 9:30 a.m.**, or as soon thereafter as they can be heard, seeking an Order to be entered approving the Application of Chiampou for interim compensation and reimbursement of expenses in connection with accounting, tax and consulting services performed for William J. Brown, as Receiver for the McGinn Smith Entities in this action.  No oral argument is requested.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Application must be made in writing in accordance with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Northern District of New York.

Dated:  Buffalo, New York
          March 28, 2011

PHILLIPS LYTLE  LLP

By  /s/ William J. Brown
          William J. Brown (Bar Roll #601330)
          Todd A. Ritschdorff  (Bar Roll #512601)
Counsel for Receiver
Omni Plaza
30 South Pearl Street
Albany, New York 12207
Telephone No. (518) 472-1224

and

3400 HSBC Center
Buffalo, New York 14203
Telephone No.:   (716) 847-8400

Doc # 01-2424841.2

- 2 -