UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION  :
                                                                      :
                    *Plaintiff,*                                     :
                                                                      :          Case No. 1:10-CV-457
          vs.                                                     :          (GLS/CFH)
                                                                      :
McGINN, SMITH & CO., INC.,                            :
McGINN, SMITH ADVISORS, LLC                       :
McGINN, SMITH CAPITAL HOLDINGS CORP., :
FIRST ADVISORY INCOME NOTES, LLC,          :
FIRST EXCELSIOR INCOME NOTES, LLC,         :
FIRST INDEPENDENT INCOME NOTES, LLC,    :
THIRD ALBANY INCOME NOTES, LLC,            :
TIMOTHY M. McGINN, AND                            :
DAVID L. SMITH, GEOFFREY R. SMITH,            :
Individually and as Trustee of the David L. and      :
Lynn A. Smith Irrevocable Trust U/A 8/04/04,        :
LAUREN T. SMITH, and NANCY McGINN,         :
                                                                      :
                    *Defendants,*                                  :
                                                                      :
LYNN A. SMITH and                                        :
NANCY McGINN,                                            :
                                                                      :
                    *Relief Defendants. and*                 :
                                                                      :
GEOFFREY R. SMITH, Trustee of the                :
David L. and Lynn A. Smith Irrevocable            :
Trust U/A 8/04/04,                                         :
                                                                      :
                    *Intervenor.*                                  :
----------------------------------------------------------------

**NOTICE OF NINETEENTH INTERIM
APPLICATION OF PHILLIPS LYTLE LLP AND THE
RECEIVER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

          PLEASE TAKE NOTICE that upon the Nineteenth Interim Application of

Phillips Lytle LLP and the Receiver for Allowance of Compensation and Reimbursement of

Expenses ("Application"), Phillips Lytle LLP ("Phillips Lytle") will move before the Hon.

Christian F. Hummel, United States Magistrate Judge, United States District Court for the

Northern District of New York, James T. Foley - U.S. Courthouse, 445 Broadway, Albany, New

York 12207-2924, on **December 16, 2021 at 9:30 a.m.**, seeking an Order to be entered

approving the Application of Phillips Lytle and the Receiver for interim compensation and reimbursement of expenses for the three-month period from July 1, 2021 through September 30, 2021 in connection with legal services performed for William J. Brown, Esq., the Receiver for the McGinn Smith Entities and the services of the Receiver.  No oral argument is requested.

PLEASE TAKE FURTHER NOTICE that attached is the cover sheet for the Application, indicating the nature and dates of the services rendered by Phillips Lytle and the Receiver, as well as the total amount sought by Phillips Lytle and the Receiver for interim compensation and reimbursement of expenses.  The complete Application of Phillips Lytle is filed with the United States District Court and will be available for review electronically at the Office of the Clerk, United States District Court, Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Room 509, Albany, New York 12207-2924 or online, at the Court's website (www.nynd.uscourts.gov), or at the website of the Receiver (www.mcginnsmithreceiver.com).  Copies can also be obtained upon written request to Phillips Lytle.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Application must be made in writing in accordance with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Northern District of New York.

Dated:  October 20, 2021

PHILLIPS LYTLE  LLP

By   /s/ William J. Brown
    William J. Brown (Bar Roll #601330)
    Catherine N. Eisenhut (Bar Roll #520849)
Attorneys for Receiver
Omni Plaza
30 South Pearl Street
Albany, New York 12207
Telephone No. (518) 472-1224

- 3 -

and

One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No.:   (716) 847-8400

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION  :
                                                                      :

                  *Plaintiff,*  :

                                                      :   Case No.  1:10-CV-457

    vs.                                                :   (GLS/CFH)
                                                :

McGINN, SMITH & CO., INC.,  :
McGINN, SMITH ADVISORS, LLC  :
McGINN, SMITH CAPITAL HOLDINGS CORP., :
FIRST ADVISORY INCOME NOTES, LLC,  :
FIRST EXCELSIOR INCOME NOTES, LLC,  :
FIRST INDEPENDENT INCOME NOTES, LLC, :
THIRD ALBANY INCOME NOTES, LLC,  :
TIMOTHY M. McGINN, AND  :
DAVID L. SMITH, GEOFFREY R. SMITH,  :
Individually and as Trustee of the David L. and  :
Lynn A. Smith Irrevocable Trust U/A 8/04/04,  :
LAUREN T. SMITH, and NANCY McGINN,  :
                                                :

                  *Defendants,*  :
                                              :

LYNN A. SMITH and  :
NANCY McGINN,  :
                                              :

        *Relief Defendants. and*  :
                                              :

GEOFFREY R. SMITH, Trustee of the  :
David L. and Lynn A. Smith Irrevocable  :
Trust U/A 8/04/04,  :
                                              :

                  *Intervenor.*  :
-------------------------------------------------------------

**FACE SHEET PURSUANT TO LOCAL RULE 2016-1
FOR NINETEENTH INTERIM APPLICATION BY ATTORNEYS
FOR RECEIVER AND THE RECEIVER FOR ALLOWANCE OF
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

APPLICANT'S NAME:                Phillips Lytle LLP and William J. Brown, as
                                          Receiver

APPLICANT'S ADDRESS:           Omni Plaza
                                          30 South Pearl Street
                                          Albany, New York 12207

DATE APPLICANT APPOINTED:      April 20, 2010

NATURE OF SERVICES RENDERED:      Legal services rendered for William J. Brown, Receiver, with respect to McGinn, Smith & Co., Inc., et al. and for Receiver services and expenses for the period from July 1, 2021 through September 30, 2021

AMOUNT OF COMPENSATION      $9,305.70 (including Phillips Lytle and Receiver's
SOUGHT FOR FEES FROM      fees at pre-arranged discounted hourly rates)
JULY 1, 2021 THROUGH      at 7.5% for Phillips Lytle and $225 rather
SEPTEMBER 30, 2021      than $525.00 per hour for the Receiver

AMOUNT OF COMPENSATION      $609.24
SOUGHT FOR EXPENSES FROM
JULY 1, 2021 THROUGH
SEPTEMBER 30, 2021

Dated:  October 20, 2021

PHILLIPS LYTLE  LLP


By    /s/ William J. Brown
        William J. Brown (Bar Roll #601330)
        Catherine N. Eisenhut (Bar Roll #520849)
Attorneys for the Receiver
Omni Plaza
30 South Pearl Street
Albany, New York 12207
Telephone No. (518) 472-1224

and

One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No.:   (716) 847-8400

Doc #9982786.1

- 2 -