UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION :
:
*Plaintiff,* :
: Case No. 1:10-CV-457
vs. : (GLS/CFH)
:
McGINN, SMITH & CO., INC., :
McGINN, SMITH ADVISORS, LLC :
McGINN, SMITH CAPITAL HOLDINGS CORP., :
FIRST ADVISORY INCOME NOTES, LLC, :
FIRST EXCELSIOR INCOME NOTES, LLC, :
FIRST INDEPENDENT INCOME NOTES, LLC, :
THIRD ALBANY INCOME NOTES, LLC, :
TIMOTHY M. McGINN, AND :
DAVID L. SMITH, GEOFFREY R. SMITH, :
Individually and as Trustee of the David L. and :
Lynn A. Smith Irrevocable Trust U/A 8/04/04, :
LAUREN T. SMITH, and NANCY McGINN, :
:
*Defendants,* :
:
LYNN A. SMITH and :
NANCY McGINN, :
:
*Relief Defendants.* and :
:
GEOFFREY R. SMITH, Trustee of the :
David L. and Lynn A. Smith Irrevocable :
Trust U/A 8/04/04, :
:
*Intervenor.* :
---------------------------------------------------------------

### NOTICE OF TWENTIETH INTERIM APPLICATION OF PHILLIPS LYTLE LLP AND THE RECEIVER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

PLEASE TAKE NOTICE that upon the Twentieth Interim Application of Phillips Lytle LLP and the Receiver for Allowance of Compensation and Reimbursement of Expenses ("Application"), Phillips Lytle LLP ("Phillips Lytle") will move before the Hon. Christian F. Hummel, United States Magistrate Judge, United States District Court for the Northern District of New York, James T. Foley - U.S. Courthouse, 445 Broadway, Albany, New York 12207-2924, on a date to be scheduled by the Court, seeking an Order to be entered approving the

Application of Phillips Lytle and the Receiver for interim compensation and reimbursement of expenses for the four-month period from October 1, 2021 through January 31, 2022 in connection with legal services performed for William J. Brown, Esq., the Receiver for the McGinn Smith Entities and the services of the Receiver.  No oral argument is requested.

PLEASE TAKE FURTHER NOTICE that attached is the cover sheet for the Application, indicating the nature and dates of the services rendered by Phillips Lytle and the Receiver, as well as the total amount sought by Phillips Lytle and the Receiver for interim compensation and reimbursement of expenses.  The complete Application of Phillips Lytle is filed with the United States District Court and will be available for review electronically at the Office of the Clerk, United States District Court, Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Room 509, Albany, New York 12207-2924 or online, at the Court's website (www.nynd.uscourts.gov), or at the website of the Receiver (www.mcginnsmithreceiver.com).  Copies can also be obtained upon written request to Phillips Lytle.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Application must be made in writing in accordance with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Northern District of New York.

Dated:  March 17, 2022

        PHILLIPS LYTLE  LLP

        By   /s/ William J. Brown
           William J. Brown (Bar Roll #601330)
           Catherine N. Eisenhut (Bar Roll #520849)
        Attorneys for Receiver
        Omni Plaza
        30 South Pearl Street
        Albany, New York 12207
        Telephone No. (518) 472-1224

- 3 -

and

One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No.:   (716) 847-8400

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION :
:
       *Plaintiff,* :
: Case No. 1:10-CV-457
vs. : (GLS/CFH)
:
McGINN, SMITH & CO., INC., :
McGINN, SMITH ADVISORS, LLC :
McGINN, SMITH CAPITAL HOLDINGS CORP., :
FIRST ADVISORY INCOME NOTES, LLC, :
FIRST EXCELSIOR INCOME NOTES, LLC, :
FIRST INDEPENDENT INCOME NOTES, LLC, :
THIRD ALBANY INCOME NOTES, LLC, :
TIMOTHY M. McGINN, AND :
DAVID L. SMITH, GEOFFREY R. SMITH, :
Individually and as Trustee of the David L. and :
Lynn A. Smith Irrevocable Trust U/A 8/04/04, :
LAUREN T. SMITH, and NANCY McGINN, :
:
       *Defendants,* :
:
LYNN A. SMITH and :
NANCY McGINN, :
:
       *Relief Defendants. and* :
:
GEOFFREY R. SMITH, Trustee of the :
David L. and Lynn A. Smith Irrevocable :
Trust U/A 8/04/04, :
:
       *Intervenor.* :
-------------------------------------------------------------

**FACE SHEET PURSUANT TO LOCAL RULE 2016-1
FOR TWENTIETH INTERIM APPLICATION BY ATTORNEYS
FOR RECEIVER AND THE RECEIVER FOR ALLOWANCE OF
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

APPLICANT'S NAME:        Phillips Lytle LLP and William J. Brown, as Receiver

APPLICANT'S ADDRESS:        Omni Plaza
                                          30 South Pearl Street
                                          Albany, New York 12207

- 2 -

| | |
|---|---|
| DATE APPLICANT APPOINTED: | April 20, 2010 |
| NATURE OF SERVICES RENDERED: | Legal services rendered for William J. Brown, Receiver, with respect to McGinn, Smith & Co., Inc., et al. and for Receiver services and expenses for the period from October 1, 2021 through January 31, 2022 |
| AMOUNT OF COMPENSATION SOUGHT FOR FEES FROM OCTOBER 1, 2021 THROUGH JANUARY 31, 2022 | $14,601.62 (including Phillips Lytle and Receiver's fees at pre-arranged discounted hourly rates) at 7.5% for Phillips Lytle and $225 rather than $540.00 per hour for the Receiver |
| AMOUNT OF COMPENSATION SOUGHT FOR EXPENSES FROM OCTOBER 1, 2021 THROUGH JANUARY 31, 2022 | $128.14 |

Dated: March 17, 2022

PHILLIPS LYTLE LLP

By   /s/ William J. Brown
    William J. Brown (Bar Roll #601330)
    Catherine N. Eisenhut (Bar Roll #520849)
Attorneys for the Receiver
Omni Plaza
30 South Pearl Street
Albany, New York 12207
Telephone No. (518) 472-1224

and

One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No.: (716) 847-8400

Doc #10215780.1