UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION :
:
        *Plaintiff,* :
:   Case No. 1:10-CV-457
vs. :   (GLS/CFH)
:
McGINN, SMITH & CO., INC., :
McGINN, SMITH ADVISORS, LLC :
McGINN, SMITH CAPITAL HOLDINGS CORP., :
FIRST ADVISORY INCOME NOTES, LLC, :
FIRST EXCELSIOR INCOME NOTES, LLC, :
FIRST INDEPENDENT INCOME NOTES, LLC, :
THIRD ALBANY INCOME NOTES, LLC, :
TIMOTHY M. McGINN, AND :
DAVID L. SMITH, GEOFFREY R. SMITH, :
Individually and as Trustee of the David L. and :
Lynn A. Smith Irrevocable Trust U/A 8/04/04, :
LAUREN T. SMITH, and NANCY McGINN, :
:
        *Defendants,* :
:
LYNN A. SMITH and :
NANCY McGINN, :
:
        *Relief Defendants. and* :
:
GEOFFREY R. SMITH, Trustee of the :
David L. and Lynn A. Smith Irrevocable :
Trust U/A 8/04/04, :
:
        *Intervenor.* :
-------------------------------------------------------------x

## NOTICE OF SEVENTEENTH INTERIM APPLICATION OF
## CHIAMPOU TRAVIS BESAW & KERSHNER LLP
## **FOR APPROVAL OF FEES**

PLEASE TAKE NOTICE that upon the Seventeenth Interim Application of

Chiampou Travis Besaw & Kershner LLP ("Chiampou") for Approval of Fees ("Application"),

Phillips Lytle LLP as counsel to William J. Brown, Receiver, on behalf of the Application of

Chiampou will move before the Hon. Christian F. Hummel, United States Magistrate Judge, United States District Court for the Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Room 441, Albany, New York 12207, on a date to be scheduled by the Court, seeking an Order approving the Application of Chiampou for interim compensation and reimbursement of expenses in connection with accounting, tax and consulting services performed for William J. Brown, as Receiver for the McGinn Smith Entities in this action. No oral argument is requested.

       PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Application must be made in writing in accordance with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Northern District of New York.

Dated: Buffalo, New York
      March 17, 2022

                    PHILLIPS LYTLE LLP

                    By  /s/ William J. Brown
                          William J. Brown (Bar Roll #601330)
                          Catherine N. Eisenhut (Bar Roll #520849)
                    Attorneys for Receiver
                    Omni Plaza
                    30 South Pearl Street
                    Albany, New York 12207
                    Telephone No. (518) 472-1224

                    and

                    One Canalside
                    125 Main Street
                    Buffalo, New York 14203
                    Telephone No.: (716) 847-8400

Doc #10215921.1