U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Apr 12 - 2022**
John M. Domurad, Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION :
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　*Plaintiff,*　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　Case No. 1:10-CV-457
　　　vs.　　　　　　　　　　　　　　　　　　　　:　　(GLS/CFH)
　　　　　　　　　　　　　　　　　　　　　　　　:
McGINN, SMITH & CO., INC.,　　　　　　　　　　　:
McGINN, SMITH ADVISORS, LLC　　　　　　　　　　:
McGINN, SMITH CAPITAL HOLDINGS CORP.,　　　　　:
FIRST ADVISORY INCOME NOTES, LLC,　　　　　　　:
FIRST EXCELSIOR INCOME NOTES, LLC,　　　　　　　:
FIRST INDEPENDENT INCOME NOTES, LLC,　　　　　　:
THIRD ALBANY INCOME NOTES, LLC,　　　　　　　　:
TIMOTHY M. McGINN, AND　　　　　　　　　　　　　:
DAVID L. SMITH, GEOFFREY R. SMITH,　　　　　　　:
Individually and as Trustee of the David L. and　　　　　:
Lynn A. Smith Irrevocable Trust U/A 8/04/04,　　　　　:
LAUREN T. SMITH, and NANCY McGINN,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　*Defendants,*　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
LYNN A. SMITH and　　　　　　　　　　　　　　　:
NANCY McGINN,　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　*Relief Defendants. and*　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
GEOFFREY R. SMITH, Trustee of the　　　　　　　　:
David L. and Lynn A. Smith Irrevocable　　　　　　　　:
Trust U/A 8/04/04,　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　*Intervenor.*　　　　　　　　　　　:
------------------------------------------------------------x

**ORDER APPROVING TWENTIETH INTERIM APPLICATION OF
PHILLIPS LYTLE LLP AND THE RECEIVER FOR ALLOWANCE OF
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

　　　　　Upon the Twentieth Interim Application of Phillips Lytle LLP ("Phillips Lytle") and the Receiver ("Receiver") for Allowance of Compensation and Reimbursement of Expenses dated March 17, 2022 ("Application") for an order approving the allowance of compensation and reimbursement of expenses; and notice of the Application having been given to the Securities

- 2 -

and Exchange Commission and all parties who have filed a Notice of Appearance in this action and all creditors of the McGinn Smith Entities and other parties in interest via the Receiver's website, which notice is deemed good and sufficient notice; and the Court having determined that sufficient cause exists; it is therefore

ORDERED, that the Application is approved such that (i) compensation for legal and Receiver services rendered between October 1, 2021 and January 31, 2022 ("Twentieth Interim Period") in the amount of $14,601.62 is allowed as an interim allowance, and (ii) reimbursement of expenses advanced by Phillips Lytle during the Twentieth Interim Period in the amount of $128.14 is allowed as an interim disbursement payment; and it is further

ORDERED, that the Receiver is authorized and directed to pay the amounts as allowed pursuant to this Order.

Dated:   April 12th    , 2022

Christian F. Hummel
U.S. Magistrate Judge

Doc #10215792.1