U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Apr 12 - 2022
John M. Domurad, Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION :
                                                                            :

*Plaintiff*,                      :
                                                                            :     Case No. 1:10-CV-457
vs.                              :     (GLS/CFH)
                                                                            :

McGINN, SMITH & CO., INC.,                          :
McGINN, SMITH ADVISORS, LLC                     :
McGINN, SMITH CAPITAL HOLDINGS CORP., :
FIRST ADVISORY INCOME NOTES, LLC,         :
FIRST EXCELSIOR INCOME NOTES, LLC,        :
FIRST INDEPENDENT INCOME NOTES, LLC,   :
THIRD ALBANY INCOME NOTES, LLC,           :
TIMOTHY M. McGINN, AND                            :
DAVID L. SMITH, GEOFFREY R. SMITH,        :
Individually and as Trustee of the David L. and   :
Lynn A. Smith Irrevocable Trust U/A 8/04/04,    :
LAUREN T. SMITH, and NANCY McGINN,      :
                                                                            :

*Defendants,*                   :
                                                                            :

LYNN A. SMITH and                                 :
NANCY McGINN,                                       :
                                                                            :

*Relief Defendants. and*     :
                                                                            :

GEOFFREY R. SMITH, Trustee of the           :
David L. and Lynn A. Smith Irrevocable       :
Trust U/A 8/04/04,                                 :
                                                                            :

*Intervenor.*                       :

-----------------------------------------------------------------x

## ORDER APPROVING SEVENTEENTH INTERIM APPLICATION
## OF CHIAMPOU TRAVIS BESAW & KERSHNER LLP
## <u>FOR APPROVAL OF FEES</u>

       Upon the Application of Chiampou Travis Besaw & Kershner LLP ("Chiampou")

for Approval of the Seventeenth Interim Application for Fees dated March 17, 2022

("Application") for an order approving accountant's fees and expenses; and notice of the

Application having been given to the Securities and Exchange Commission and all parties who

have filed a Notice of Appearance in this action and other parties in interest via the Receiver's website, which notice is deemed good and sufficient notice; and the Court having determined that sufficient cause exists; it is therefore

ORDERED, that the Application is approved such that compensation for services rendered between October 1, 2021 through January 31, 2022 in the amount of $2,244.56 is allowed as an interim allowance, and it is further

ORDERED, that the Receiver is authorized and directed to pay the amounts as allowed pursuant to this Order.

Dated:   April 12th      , 2022

_Christian F. Hummel_
Christian F. Hummel
U.S. Magistrate Judge

Doc #10215925.1